UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 20-CR-2071-WQH |
|---|---|
| Plaintiff, | |
| v. | JUDGMENT and ORDER |
| DAMIAN ALVAREZ, | |
| Defendant. | |

Based upon the Motion of the United States to Dismiss the Indictment in this case, and for the reasons set forth therein, and good cause appearing therefor, it is hereby ORDERED that the Indictment in Case Number 20-CR-2071 shall be dismissed without prejudice.

Dated: October 26, 2020

_____
Hon. William Q. Hayes
United States District Court